# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

Luis Marquez,

PLAINTIFF(S)

v.

U.S. Bancorp et al,

DEFENDANT(S).

CASE NUMBER

2:18-cv-04235-SVW-JEM

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable STEPHEN V. WILSON, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Luis Marquez

take nothing; that the action be dismissed on the merits; and that the defendant(s):

U.S. Bancorp, a Delaware Corporation

recover of the plaintiff(s) its costs of action, taxed in the sum of  To be determined .

Clerk, U. S. District Court

Dated: 12/20/18

By _PMCruz_
Deputy Clerk

At: 8:52 a.m.

cc: Counsel of record

CV-44 (11/96)            **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**